UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                          CRIMINAL NO. 2:06CR31KS-MTP

WILEY TERRY PAYTON                                          DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on April 4, 2007, is hereby remitted.

SO ORDERED, this the   3rd   day of April, 2017.

                                                   s/ Keith Starrett
                                               HONORABLE KEITH STARRETT
                                               UNITED STATES DISTRICT JUDGE